**EXHIBIT A**

**Screen Capture of Infringing Content**

